# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAB CONTRACTORS, INC.,
                        Appellant,
           vs.
SUPERIOR TRAFFIC SERVICES
CORPORATION,
                   Respondent.

No. 72081

**FILED**

JAN 2 4 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Appellant may file a new notice of appeal from any appealable judgment. Any such notice of appeal will be docketed as a separate appeal.

It is so ORDERED.

_____, C.J.
                Cherry

cc:    Hon. Ronald J. Israel, District Judge
       Larry J. Cohen, Settlement Judge
       Olson, Cannon, Gormley, Angulo & Stoberski
       Zimmerman Law Firm, P.C.
       Eighth District Court Clerk

17-02556